IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WIGGINS, | 1:08-cv-01175 DLB (HC) |
| Petitioner. | |
| vs. | SECOND ORDER DIRECTING RESPONDENT TO SUBMIT CONSENT/DECLINE FORM WITHIN TWENTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER |
| J.F. SALAZAR, | |
| Respondent(s). | |
| _____/ | |

On August 21, 2008, the court issued an Order Re Consent or Request for Reassignment, requiring Respondent to complete and return the form within thirty (30) days, indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the case be reassigned to a U.S. District Judge.  The thirty day time frame has expired and Respondent shall failed to complete and return the form.  Accordingly, it is HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, Respondent is required to complete and return the consent/decline form.

IT IS SO ORDERED.

Dated:   October 7, 2008              /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE