# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WIGGINS,<br><br>        Petitioner,<br><br>    v.<br><br>J.F. SALAZAR,<br><br>        Respondent. | 1:08-CV-01175 OWW JMD HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY [Doc. 27]<br><br>ORDER DENYING PETITIONER'S MOTION FOR TRANSCRIPT AND RECORD ON APPEAL [Doc. 26] |

Petitioner Keith Wiggins ("Petitioner") is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 27, 2009, the Magistrate Judge issued a Findings and Recommendation, recommending that the petition for writ of habeas corpus be denied with prejudice. Petitioner filed objections to the Findings and Recommendation by the Magistrate Judge on February 26, 2009.

The Court, having conducted a *de novo* review of Petitioner's claims and the record, adopted the Magistrate Judge's Findings in full and denied the petition on May 13, 2009. Petitioner filed a notice of appeal on May 21, 2009.

On May 26, 2009, Petitioner filed a motion for a certified copy of the record on appeal to be forwarded to appellant, appellee, and the Ninth Circuit, citing to the Local Rules of the Ninth Circuit Court of Appeals and Rule 10(a) of the Federal Rules of Appellate Procedure. Rule 10(a) lists those items which constitute the record on appeal, including a transcript of any proceedings. The Court notes that on the same day the motion was filed with the Court, a certified record on appeal was processed by the Court Clerk to the Ninth Circuit, pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 11-2. (Court. Doc. 25).

1   Subsequently, on June 1, 2009, Petitioner also moved the Court to issue a certificate of
2 appealability. The petition for writ of habeas corpus challenges the Board of Parole Hearing's
3 finding that Petitioner was unsuitable for parole. As Petitioner is challenging the denial of parole, a
4 certificate of appealability is not required to proceed on appeal. *See* 28 U.S.C. § 2253(c)(1); *see also*
5 *Rosas v. Nielsen*, 428 F.3d 1229, 1231-1232 (9th Cir. 2005); *see also White v. Lambert*, 370 F.3d
6 1002, 1010 (9th Cir. 2004).
7   Accordingly, Petitioner's motions for a certificate of appealability and for a transcript and
8 record on appeal are DENIED.
9
10 IT IS SO ORDERED.
11 **Dated:   June 5, 2009**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE