*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

KEITH WIGGINS,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:08-CV-1175 OWW/JMD HC

J. F. SALAZAR,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_    Granted for the following reason:

_____

\_\_**X**\_\_\_    Denied for the following reason:

\_\_\_\_\_None required for denial of parole after review._____

Dated: 6/8/2009                    \_/s/ OLIVER W. WANGER
                                   OLIVER W. WANGER
                                   United States District Judge